ANWYL, SCOFFIELD & STEPP, LLP
2180 Harvard Street, Suite 200
Sacramento, California 95815-3318
Telephone:      (916) 565-1800
Telecopier:     (916) 565-2374

JAMES T. ANWYL, SBN 78715
LYNN A. GARCIA, SBN 131196

Attorneys for Defendants WOODLAND JOINT UNIFIED SCHOOL DISTRICT; BOARD OF TRUSTEES OF THE WOODLAND JOINT UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROSS, | NO: 2:07-CV-01668 MCE/JFM |
| Plaintiff, | **STIPULATION TO CONTINUE DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P. RULE 12b6** |
| v. | |
| WOODLAND JOINT UNIFIED SCHOOL DISTRICT; et al., | |
| Defendants. | DATE: November 16, 2007<br>TIME: 9:00 a.m.<br>DEPT.: #3 |

Defendants WOODLAND JOINT UNIFIED SCHOOL DISTRICT, and the BOARD OF TRUSTEES OF THE WOODLAND JOINT UNIFIED SCHOOL DISTRICT, and Plaintiff MICHAEL ROSS hereby stipulate to continue the November 16, 2007 hearing date on Defendants' Motion to Dismiss the First Amended Complaint Pursuant to F.R.C.P. Rule 12b6 due to Plaintiff's calendar conflicts to now take place on **December 7, 2007 at 9:00 a.m. in Courtroom #3** of the above-entitled court.

///
///
///
////
///

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: October 23, 2007 | **ANWYL, SCOFFIELD & STEPP, LLP** |
| 3 | | By /s/ |
| | | JAMES T. ANWYL |
| 4 | | Attorneys for Defendants WOODLAND JOINT UNIFIED SCHOOL DISTRICT; |
| 5 | | BOARD OF TRUSTEES OF THE WOODLAND JOINT UNIFIED SCHOOL DISTRICT |
| 6 | | |

///

DATED: October 19, 2007

/s/
MICHAEL C. ROSS, In Pro Per

**O R D E R**

**IT IS HEREBY ORDERED** that Defendant WOODLAND JOINT UNIFIED SCHOOL DISTRICT, and the BOARD OF TRUSTEES OF THE WOODLAND JOINT UNIFIED SCHOOL DISTRICT's Motion to Dismiss the First Amended Complaint pursuant to FRCP, Rule 12b6 is continued from November 16, 2007 to now commence on **December 7, 2007 at 9:00 a.m. in Courtroom #3** of the above entitled court.

All opposition and reply briefs will be due based on the new hearing date and pursuant to FRCP rules.

DATED: October 29, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE